**EXHIBIT B**

| US Patent US RE41,685 | | Lighting Ever LED Ceiling Light with Bluetooth Speaker |
|---|---|---|
| 10. A light source | | The Lighting Ever LED Ceiling Light with Bluetooth Speaker is a light source. |
| comprising: an optical cavity; | Optical Cavity | The opaque plastic dome creates an optical cavity. |
| a plurality of first light-emitting diodes each of which is a phosphor light-emitting diode that emits white light | Warm and Cool white phosphor LED pairs | The Lighting Ever LED Ceiling Light with Bluetooth Speaker has 96 white LEDs. (48 each of warm and cool white.) Each white LED comprises a phosphor LED that emits white light. |

| | | |
|---|---|---|
| *each first light-emitting diode comprising a diode encased in a light-transmitting package;* |  | Each first LED is encased in a light trasmittig package. |
| *a plurality of second light-emitting diodes each of which emits non-white light, each second light-emitting diode comprising a diode encased in a light-transmitting package;* |  | Each Lighting Ever LED Ceiling Light with Bluetooth Speaker has 24 non-white SMDs.<br><br>Each SMD has 3 non-white LEDs is encased in a light transmitting package. |

| | | |
|---|---|---|
| wherein the first and second light-emitting diodes are arranged to emit light into the optical cavity such that mixing of spectral outputs from the first and second light-emitting diodes occurs in the optical cavity. |  | The white and non-white LEDs are arranged geometrically to mix the light spectral outputs within the optical cavity. |
| 11. A light source of claim 10, further comprising at least one third light-emitting diode having a spectral output different from those of the first and second light-emitting diodes. | <br>Green LED | Each SMD has a third LED (green) that has a specteral output different than the first (white) and second (red) LED's. |

| | | |
|---|---|---|
| *12. A light source of claim 11, wherein the spectral output of the second light-emitting diodes is a red output.* |  | Each SMD has a second non-white (red) LED encased in a light transmitting package. |
| *13. A light source of claim 11, wherein the spectral output 65 of the third light-emitting diode is a green output.* |  | Each SMD has a third (green) LED encased in a light transmitting package. |

| | | |
|---|---|---|
| 14. A light source of claim 13, further comprising at least one fourth light-emitting diode having a blue output. |  | Each SMB has a fourth (blue) LED encased in a light transmitting package. |