1  **DICKINSON WRIGHT PLLC**
   JOHN L. KRIEGER (Nevada Bar No. 6023)
2  Email: jkrieger@dickinsonwright.com
3  8363 West Sunset Road, Suite 200
   Las Vegas, NV 89113
4  Telephone: 702-550-4440
   Fax: 844-670-6009
5  *Attorney for Defendant Home Ever, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TECHNICAL LED INTELLECTUAL PROPERTY, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME EVER, INC., a Nevada Corporation,<br><br>Defendant. | Case No. 2:18-cv-01037-RFB-CWH<br><br>**STIPULATION TO EXTEND DEFENDANT HOME EVER INC.'S TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Defendant Home Ever, Inc. ("Home Ever") and Plaintiff Technical LED Intellectual Property, LLC ("Plaintiff") (collectively, the "Parties") stipulate and agree as follows:

So as to allow the Parties an opportunity to explore a potential resolution of the instant dispute, the Parties hereby stipulate and agree that Home Ever shall have up to an additional sixty (60) days in which to respond to the Complaint, up to and including September 3, 2018.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  This extension is sought in good faith and not for purposes of delay.

| DATED this ___ day of July, 2018. | DATED this _____ day of July, 2018 |
|---|---|
| **HOWARD & HOWARD ATTORNEYS PLLC** | **DICKINSON WRIGHT PLLC** |
| By: _/s/ W. West Allen_____<br>W. West Allen<br>Nevada Bar No. 5566<br>Jonathan Fountain<br>Nevada Bar No. 10531<br>3800 Howard Hughes Pkwy., Ste. 1000<br>Las Vegas, NV 89169<br>Telephone: 702-257-1483<br><br>Louis M. Heidelberger<br>1229 Laurel Oak Lane<br>York, PA 17403<br>Telephone: 215-284-8910<br><br>*Attorneys for Plaintiff*<br>*Technical LED Intellectual Property, LLC* | By: _/s/ John L. Krieger_____<br><br>John L. Krieger<br>Nevada Bar No. 6023<br>8363 W. Sunset Rd., Ste. 200<br>Las Vegas, NV 89113<br>Telephone: 702-550-4440<br>*Attorney for Defendant Home Ever, Inc. LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____

UNITED STATES MAGISTRATE JUDGE

DATED: __July 9, 2018_____

2