**DICKINSON WRIGHT PLLC**
JOHN L. KRIEGER (Nevada Bar No. 6023)
Email: jkrieger@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113
Telephone: 702-550-4440
Fax: 844-670-6009
*Attorney for Defendant Home Ever, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TECHNICAL LED INTELLECTUAL PROPERTY, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME EVER, INC., a Nevada Corporation,<br><br>Defendant. | Case No. 2:18-cv-01037-RFB-CWH<br><br>**STIPULATION TO EXTEND DEFENDANT HOME EVER INC.'S TIME TO RESPOND TO COMPLAINT**<br><br>**(Second Request)** |

Defendant Home Ever, Inc. ("Home Ever") and Plaintiff Technical LED Intellectual Property, LLC ("Plaintiff") (collectively, the "Parties") stipulate and agree as follows:

The Parties have been actively engaged in settlement negotiations and are close to a resolution. As such, they seek additional time to complete and finalize the requisite documentation. The Parties hereby stipulate and agree that Home Ever shall have up to an additional two (2) weeks in which to respond to the Complaint, up to and including September 18, 2018.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ /

1

This extension is sought in good faith and not for purposes of delay.

| | |
|---|---|
| DATED this 4th day of September, 2018.<br><br>**HOWARD & HOWARD ATTORNEYS PLLC**<br><br>By: */s/ W. West Allen*<br>W. West Allen<br>Nevada Bar No. 5566<br>Jonathan Fountain<br>Nevada Bar No. 10531<br>3800 Howard Hughes Pkwy., Ste. 1000<br>Las Vegas, NV 89169<br>Telephone: 702-257-1483<br><br>Louis M. Heidelberger<br>1229 Laurel Oak Lane<br>York, PA 17403<br>Telephone: 215-284-8910<br><br>*Attorneys for Plaintiff*<br>*Technical LED Intellectual Property, LLC* | DATED this 4th day of September, 2018<br><br>**DICKINSON WRIGHT PLLC**<br><br>By: */s/ John L. Krieger*<br>John L. Krieger<br>Nevada Bar No. 6023<br>8363 W. Sunset Rd., Ste. 200<br>Las Vegas, NV 89113<br>Telephone: 702-550-4440<br>*Attorney for Defendant Home Ever, Inc. LLC* |

## **ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 6, 2018

2